TO BE PUBLISHED

# Supreme Court of Kentucky

2019-SC-000594-KB

DATE 3/3/20

INGRID NADA HICKMAN          MOVANT

*a. Hutcherson*

V.                  IN SUPREME COURT

KENTUCKY BAR ASSOCIATION          RESPONDENT

## OPINION AND ORDER

Ingrid Nada Hickman, Kentucky Bar Association (KBA) Number 88713, was admitted to the practice of law in the Commonwealth of Kentucky on May 1, 2001. Her bar roster address is 861 Woodleaf Park Drive, Mableton, Georgia, 30126. She was suspended from the practice of law in the Commonwealth of Kentucky on February 4, 2003, for nonpayment of bar dues. On July 7, 2017, she filed an application for restoration to the practice of law pursuant to SCR 3.500(3), which the KBA's Board of Governors recommends we approve. For the following reasons, we agree with the Board and restore Hickman to the practice of law.

### I.     BACKGROUND

After Hickman was admitted to the practice of law in Kentucky in 2001,

she was admitted to the practice of law in Ohio in 2002. She has remained a member of the Ohio bar in good standing since her admission. Hickman has mostly practiced as in-house counsel for various corporations and is also a licensed patent attorney. She has lived and practiced in Georgia since 2008—a state that does not require in-state licensure of in-house counsel.

She was suspended from the practice of law in Kentucky in 2003 for failing to pay her bar dues. She filed her application for restoration to the practice of law in Kentucky July 7, 2017 and tendered payment of all applicable fees and costs. Since her suspension lasted more than five years, her restoration application was referred to the Kentucky Office of Bar Admissions' Character and Fitness Committee. The Character and Fitness Committee conducted a thorough investigation and entered its Findings of Fact, Conclusions of Law, and Recommendation in favor of restoring Hickman to the practice of law on October 30, 2018, provided that she sit for and pass the essay portion of the Kentucky Bar Examination as required by SCR 3.500(3)(e) (as her suspension lasted longer than five years). She has since passed said examination.

The Office of Bar Admissions received numerous letters of recommendation in support of Hickman's restoration to the practice of law. All

2

of the Character and Fitness Committee's investigations into Hickman were favorable. She is not subject to any adverse judgments, has never been fired or asked to resign from a position, and has not been charged with fraud or adjudicated bankrupt.

## II.   BOARD OF GOVERNORS' RECOMMENDATION

The Office of Bar Counsel filed a motion for the Board of Governors to accept the recommendation of the Character and Fitness Committee and restore Hickman to the practice of law in Kentucky with examination. The Board of Governors reviewed and adopted those findings in full and recommends that this Court grant Hickman's application and restore her to the practice of law. Hickman has fully met all the standards required for readmission to the practice of law. She has completed the CLE requirements for restoration under SCR 3.685. The Board's vote in favor of Hickman's restoration was unanimous. We agree.

## III.   ORDER

Agreeing that the Board's recommendation to restore Hickman to the practice of law is appropriate, it is ORDERED:

1. Ingrid Nada Hickman's application for restoration with examination is GRANTED;

2. Hickman must pay current membership dues;

3. Pursuant to SCR 3.500(3), Hickman shall pay the costs of this proceeding in the amount of $98.01. In the event the costs exceed the posted bond, Hickman will pay for any additional costs. If there is any

3

amount remaining in the bond after the KBA has recovered its costs, that amount will be refunded to Hickman.

All sitting. All concur.

ENTERED: February 20, 2020.

CHIEF JUSTICE